FILED
2022 Feb-23 AM 08:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **LAURA MELLOR,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.   7:20-cv-1970-LSC** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

## <u>SUPPLEMENT TO NOTICE OF APPEARANCE</u>

The undersigned supplements his Notice of Appearance in this case to include the attached extension of his appointment as Special Attorney to the United States Attorney General.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:*/s/ Keith A. Jones*
　　　Keith A. Jones
　　　Special Attorney to the United States
　　　　　Attorney General
　　　Assistant United States Attorney
　　　Southern District of Alabama
　　　63 South Royal Street, Suite 600
　　　Mobile, Alabama 36602
　　　Telephone:  251-441-5845
　　　Email:  keith.jones2@usdoj.gov
　　　*Attorney for United States of America*

　　　*Acting Under Authority Conferred*
　　　*by 28 U.S.C. § 515*

## CERTIFICATE OF SERVICE

I certify that on February 23, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record.

　　　　　*/s/ Keith A. Jones*
　　　　　Keith A. Jones
　　　　　Assistant U.S. Attorney